DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL LANGIANO,

Appellant,

v.

OKSANA LANGIANO,

Appellee.

No. 2D2025-0935

_____

April 1, 2026

Appeal from the Circuit Court for Pasco County; Dustin Anderson, Judge.

Joshua A. Law of Law Legal Group, P.A., Tampa, for Appellant.

No appearance for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.